IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MACK BOYD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 06-681-DRH |
| | ) |
| DANIEL L. HELMER, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Plaintiff, an inmate in the Pinckneyville Correctional Center, brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. The statement of his claim is very brief:

> Plaintiff filed original civil rights claim in April of 2004. In June of 2006 the Honorable Judge Michael J. Reagan dismissed this case without prejudice possibly permitting plaintiff to re-file his action after he complies with the exhaustion requirement."[1]

Other than this statement, the complaint presents no allegations against Defendant Daniel Helmer. Several exhibits – grievances and responses – are attached to the complaint, but the Court will not extrapolate Plaintiff's claims against Helmer from these assorted documents. In short, the complaint fails to state a claim upon which relief may be granted.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint within

---

[1] The Court assumes that this reference is to *Boyd v. Illinois Department of Corrections*, Case No. 04-cv-234-MJR (S.D. Ill., filed April 8, 2004).

**THIRTY (30) DAYS** of the date of entry of this order.  Any amended complaint shall include, within the body of the complaint, all allegations that Plaintiff wishes to make against Defendant Helmer regarding this incident.

    **IT IS FURTHER ORDERED** that should Plaintiff fail to file an amended complaint within the allotted time, this case will be closed for failure to comply with an order of this Court. FED.R.CIV.P. 41(b).  *See generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

    **IT IS SO ORDERED.**

    **DATED:   October 17, 2006.**

    /s/   David   RHerndon
    **DISTRICT JUDGE**