# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MACK BOYD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 06-681-DRH** |
| ) | |
| **DANIEL L. HELMER,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On October 16, 2006, Plaintiff moved this Court for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 7). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE.**

IT IS SO ORDERED.

DATED:   October 27, 2006.

/s/    David    RHerndon
**DISTRICT JUDGE**