## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MACK BOYD, | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   CIVIL NO. 06-681-DRH |
| DANIEL L. HELMER, | ) ) ) |
|     Defendant. | ) ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

The Court previously granted Plaintiff's motion for voluntary dismissal of this action (*see* Docs. 7, 8). Apparently Plaintiff did not receive notice of that dismissal, as he recently filed another motion for voluntary dismissal (Doc. 10). As this case has already been closed, the instant motion is **MOOT**.

**IT IS SO ORDERED.**

**DATED:  March 23, 2007.**

                                                  /s/   David   RHerndon
                                                **DISTRICT JUDGE**